No. 98. C. C. KENNEDY *v.* F. M. WAKEFIELD. Appeal from Circuit Judge, Fourth Circuit. Submitted March 17, 1902. Decided April 23, 1902. Delinquent taxes declared to be a first lien and included in decree of foreclosure of mortgage without proper allegations or parties. Appeal by the plaintiff. *Per Curiam.* On authority of the decision in *Theo. H. Davies & Co., Ltd.,* v. *F. M. Wakefield* (*ante* p. 201), the decree appealed from is reversed and the cause remanded. *Smith & Parsons* for the plaintiff. No brief for defendant.